JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>AZAR ISSA AND BARAKAT ALNAKOUD, <u>et</u> <u>al.</u>,<br><br>    Defendants. | Case No. ED CV 18-1688 FMO (KKx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Summary Judgment, IT IS ADJUDGED THAT defendants Azar Issa and Barakat Alnakoud shall be jointly and severally liable to plaintiff Samuel Love for statutory damages in the total amount of $4,000.00. The action is dismissed with prejudice.

Dated this 26th day of May, 2021.

                                                            /s/<br>
                                        Fernando M. Olguin<br>
                                    United States District Judge